EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* BENJAMÍN GONZÁLEZ, acusado y apelante.

No. 6012.—*Sometido:* Marzo 24, 1936. *Resuelto:* Marzo 31, 1936.

*Martínez Nadal & Navarro Ortiz*, abogados del apelante; *R. A. Gómez, Fiscal,* y *Luis Janer, Fiscal Auxiliar,* abogados de El Pueblo, apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Se trata de una denuncia presentada ante la Corte Municipal de San Lorenzo imputando al acusado, Benjamín González, haber portado sobre su persona para fines de ofensa y defensa una vara de hierro en forma de bastón, con la cual agredió al Lic. Francisco Rodríguez Alverio. El acusado fué convicto y en apelación a la Corte de Distrito de Humacao presentó una excepción perentoria que fué declarada sin lu-

gar. El caso fué entonces a juicio y el acusado declarado culpable.

En apelación para ante este tribunal, la prueba aducida en el juicio no ha sido elevada, y la única cuestión ante nos es la suficiencia de la denuncia. Por tanto, como se dictó sentencia después de oír la prueba, puede presumirse cualquier hecho necesario para sostener la sentencia.

La cuestión principal envuelta es si una vara de hierro en forma de bastón es necesariamente un arma prohibida. En *Pueblo* v. *Cruz Rosado,* 34 D.P.R. 315, y en los casos que le siguen, resolvimos que un arma prohibida en Puerto Rico era una semejante a la definida en la ley de 1905 y otras similares. Las palabras específicas de la ley de 1924, enmendatoria de la ley de 1905, según fué enmendada en 1908, son:

"Artículo 1.—Toda persona que ilegalmente portare o condujere cualquier arma o instrumento con el cual pueda causarse daño corporal, incurrirá en pena de prisión de un mes a seis meses."

Nos sentimos obligados a resolver que prima facie un bastón de hierro es un arma de ofensa y defensa más bien que una utilizada como báculo o como parte de la indumentaria de una persona. Una varilla de hierro podría ser más fácilmente similar a un garrote, que es un arma expresamente enumerada en la ley de 1905. Un *black-jack* no figura entre las armas especificadas en la ley de 1905, y, sin embargo, nadie duda de que un *black-jack* es un arma de ofensa. Desde luego, de ordinario una varilla en forma de bastón es tolerable, pero cuando un hombre deliberadamente porta un bastón de hierro, la presunción es que se trata de un arma de ofensa o defensa.

Hubo una moción de reconsideración, de cuya negativa se apeló. Suponiendo que procediera tal recurso, como las partes no lo han discutido, tampoco lo haremos nosotros.

*Deben declararse sin lugar los dos recursos.*